## HILL *v.* NOE.

Fees paid to counsel for prosecuting an injunction against an illegal order of seizure and sale cannot be recovered by the plaintiff against the defendant, where the injunction is maintained.

APPEAL, by the defendant, from a judgment of the District Court of Jefferson, *Clarke,* J., maintaining an injunction taken out against an order of seizure illegally issued. *Brewer,* for the plaintiff. *Marks.* and *Hiestand,* for the appellant. The judgment of the court *(King,* J. absent,) was pronounced by

SLIDELL, J. The order of seizure and sale upon which the various writs is-  
sued was irregular. *Hill* was dead when the suit was instituted; yet he was  
named as the defendant in the cause. The *pluries* writ was objectionable on the  
additional ground that, when it issued the decree enjoining *Noé* stood unre-  
versed.

The only change which the judgment requires is, as to the allowance of $150  
as damages for the expense incurred by the plaintiff, for professional services in  
prosecuting this suit. See *Smith* v. *Bradford*, 17 La. 266.

It is, therefore, decreed that the judgment of the District court be amended,  
by striking therefrom the allowance of $150; and that, in other respects, the  
judgment be affirmed; the costs of the appeal to be paid by the succession.